# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF KANSAS

**RICHARD JUNE**,                                Civil File No. 11-2116-CM-GLR

        Plaintiff,

vs.                                           **STIPULATION OF DISMISSAL**
                                                 **WITH PREJUDICE**

**PORTFOLIO RECOVERY ASSOCIATES, LLC.**,

        Defendant.

---

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), the plaintiff Richard June, and the defendant, Portfolio Recovery Associates, LLC. hereby stipulate to the dismissal of the above-styled case and any claims that were raised or that could have been raised in this action, <u>with prejudice</u>, each side to bear its own costs and attorneys fees.

                                                    Respectfully submitted,

Dated: <u>June 2, 2011</u>           By <u>/s/J. Mark Meinhardt</u>
                                                   J. Mark Meinhardt, #20245
                                                   4707 College Boulevard, Suite 100
                                                   Leawood, KS 66211
                                                   T: (913) 451-9797
                                                   F: (913) 451-6163
                                                   meinhardtlaw@sbcglobal.net
                                                   ATTORNEY FOR PLAINTIFF

Dated: <u>June 2, 2011</u>           By <u>/s/ Rachel B. Ommerman</u>
                                                   Rachel B. Ommerman, #21868
                                                   Daniel S. Rabin, #13253
                                                   Berman & Rabin, P.A.
                                                   15280 Metcalf Avenue
                                                   Overland Park, KS 66223
                                                   T: (913) 649-1555
                                                   F: (913) 652-9474
                                                   rommerman@bermanrabin.com
                                                   ATTORNEY FOR DEFENDANT